IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Leaver, Chester Willis | Case Number: 06 B 02780 |
|---|---|---|
| | Leaver, Kathleen A | Judge: Hollis, Pamela S |
| | Printed: 3/25/08 | Filed: 3/20/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 19, 2007
Confirmed: May 8, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 72,485.92 | |
| Secured: | | 37,030.73 |
| Unsecured: | | 27,387.89 |
| Priority: | | 0.00 |
| Administrative: | | 2,800.00 |
| Trustee Fee: | | 3,608.46 |
| Other Funds: | | 1,658.84 |
| Totals: | 72,485.92 | 72,485.92 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,800.00 | 2,800.00 |
| 2. | Wells Fargo Financial | Secured | 32,530.38 | 32,530.38 |
| 3. | US Bank | Secured | 1,094.08 | 1,094.08 |
| 4. | Wells Fargo Financial | Secured | 3,406.27 | 3,406.27 |
| 5. | World Financial Network Nat'l | Unsecured | 1,140.13 | 434.94 |
| 6. | Target National Bank | Unsecured | 259.70 | 88.30 |
| 7. | ECast Settlement Corp | Unsecured | 3,909.04 | 1,491.23 |
| 8. | Swiss Colony | Unsecured | 817.98 | 312.12 |
| 9. | Max Recovery Inc | Unsecured | 1,528.99 | 583.27 |
| 10. | ECast Settlement Corp | Unsecured | 2,724.71 | 1,039.40 |
| 11. | ECast Settlement Corp | Unsecured | 1,358.78 | 518.34 |
| 12. | World Financial Network Nat'l | Unsecured | 700.02 | 267.05 |
| 13. | Wells Fargo Fin Acceptance | Unsecured | 7,123.27 | 2,717.37 |
| 14. | Capital One | Unsecured | 415.60 | 158.58 |
| 15. | ECast Settlement Corp | Unsecured | 15,906.56 | 6,067.99 |
| 16. | Bank Of America | Unsecured | 1,348.20 | 514.31 |
| 17. | ECast Settlement Corp | Unsecured | 6,972.62 | 2,659.88 |
| 18. | Resurgent Capital Services | Unsecured | 1,049.69 | 400.54 |
| 19. | B-Real LLC | Unsecured | 3,393.37 | 1,294.49 |
| 20. | Resurgent Capital Services | Unsecured | 1,310.55 | 499.97 |
| 21. | B-Real LLC | Unsecured | 19,181.26 | 7,317.26 |
| 22. | GE Money Bank | Unsecured | 2,681.33 | 1,022.85 |
| 23. | Emerge | Unsecured | | No Claim Filed |
| 24. | Rush University | Unsecured | | No Claim Filed |
| 25. | Mystery Guild | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Leaver, Chester Willis
Leaver, Kathleen A
Printed: 3/25/08

Case Number: 06 B 02780
Judge: Hollis, Pamela S
Filed: 3/20/06

| | | | | |
|---|---|---|---|---|
| 26. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 111,652.53 | $ 67,218.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 26.06 |
| 5% | 715.25 |
| 4.8% | 1,266.08 |
| 5.4% | 1,601.07 |
| | _____ |
| | $ 3,608.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

